COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause numbers: | 01-15-00709-CR, 01-15-00710-CR, and 01-15-00711-CR |
| Style: | Robert James Martin III v. The State of Texas |
| Date motion filed*: | January 4, 2016 |
| Type of motion: | Motion for Extension of Time to File Appellate Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

If motion to extend time:

| | |
|---|---|
| Original due date: | N/A |
| Number of extensions granted: | 0        Current Due Date:  N/A |
| Date Requested: | N/A (60 days from December 30, 2015) |

Ordered that motion is:
- ☐ Granted in part
- ☑ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Although the clerk's record was filed on November 9, 2015, the reporter's record has not yet been filed and the reporter received an extension until January 29, 2016. Accordingly, appellant's motion for a 60-day extension of time to file his brief is **denied without prejudice** to refiling after the reporter's record is filed in related cause Nos. 01-15-00709-CR, 01-15-00710-CR, and 01-15-00711-CR, when appellant's brief will be due 30 days after the record is complete. *See* TEX. R. APP. P. 38.6(a)(2).

Judge's signature: /s/ Evelyn V. Keyes
                    ☑ Acting individually       ☐ Acting for the Court

Date: January 12, 2016